NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


PAGE 42, LLC, AND SHAZAM AUTO  )
GLASS, LLC,  )
  )
  Petitioners,  )
  )
v.  )  Case No. 2D19-1539
  )
PROGRESSIVE SELECT INSURANCE  )
COMPANY AND PROGRESSIVE  )
AMERICAN INSURANCE COMPANY,  )
  )
  Respondent.  )
_____)

Opinion filed September 27, 2019.

Petition for Writ of Certiorari to the Circuit
Court for the Thirteenth Judicial Circuit for
Hillsborough County; sitting in its appellate
capacity.

David M. Caldevilla of de la Parte & Gilbert,
P.A., Tampa; and Ronald S. Haynes, and
Christopher Ligori of Christopher Ligori &
Associates, Tampa, for Petitioners.

Alexandra Valdes of Cole, Scott, &
Kissane, P.A., Miami, for Respondents.


PER CURIAM.


  Denied.

KHOUZAM, C.J., and SALARIO and SMITH, JJ., Concur.